```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

NATHANIEL COLLETON # 15978-171                                PETITIONER

VS.                                    CIVIL ACTION NO. 3:17CV278TSL-RHW

LARRY SHULTS, WARDEN                                          RESPONDENT

                                 ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on December 20, 2017, recommending that Colleton's § 2241 petition be dismissed. Petitioner Nathaniel Colleton has not filed an objection and the time for doing so has expired.[1] Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on December 20, 2017, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the petition is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 13th day of February, 2018.


                              _/s/ Tom S. Lee_____
                              UNITED STATES DISTRICT JUDGE

---

[1] The court's January 9, 2018 order granted petitioner's motion for an extension of time in which to file his objection and thereby extended the deadline for filing an objection until January 31, 2018.